UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS HUGHES, : | CIVIL ACTION NO. 3:10-1443 |
| Plaintiff : | |
| v. : | (JUDGE MANNION) |
| KEVIN MISKELL, et al., : | |
| Defendants : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the plaintiff's objections, **(Doc. No. 58)**, are **OVERRULED**;

(2) the report and recommendation of Judge Blewitt, **(Doc. No. 57)**, is **ADOPTED**;

(3) the defendants' motion for summary judgment, **(Doc. No. 44)**, is **GRANTED**; and

(4) the Clerk of Court is directed to enter judgment in favor of the defendants and close the instant action.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: September 30, 2013

O:\Mannion\shared\MEMORANDA - DJ\2010 MEMORANDA\10-1443-01-ORDER.wpd